United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RAUL ALFONSO LEON GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-3735 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner has filed a Motion for Leave to File Second Supplemental Brief Addressing *Sosnava Rodriguez v. Vergara*. (Docket Entry No. 10). The Second Supplemental Brief has been filed at Docket Entry No. 11. The motion (Docket Entry No. 10) is **granted**. The Clerk is **instructed** to update the docket text at Docket Entry No. 11 to reflect that the filing is the petitioner's Second Supplemental Brief. **Within ten (10) days of the entry of this Order**, the respondents are **ordered** to file a supplemental answer to the petitioner's First Supplemental Brief at Docket Entry No. 9 and the Second Supplemental Brief at Docket Entry No. 11.

SIGNED on November 20, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge